UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*UNITED STATES OF AMERICA v. JESSICA CRANDALL*

CASE NO.: 3:17-CR-63 (TJM)
DATE: November 27, 2017
PRESIDING JUDGE: Thomas J. McAvoy

☒ GOVERNMENT  ☐ DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID (Court Use Only) | DATE ADMITTED IN EVIDENCE (Court Use Only) | WITNESS (Court Use Only) | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 1 | | | | Justin phone |
| 2 | | | | Jessica phone |
| 3 | | | | Restraints |
| 4 | | | | Image of RA from Justin's cell phone |
| 5 | | | | Video of RA from Justin's cell phone |
| 6 | | | | Image of RA from Justin's cell phone |
| 7 | | | | Image of RA from Justin's cell phone |
| 8 | | | | Video of RA from Justin's cell phone |
| 9 | | | | Video of RA from Justin's cell phone |
| 10 | | | | Video of RA from Justin's cell phone |
| 11 | | | | Video of RA from Justin's cell phone |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*UNITED STATES OF AMERICA v. JESSICA CRANDALL*

CASE NO.:        3:17-CR-63 (TJM)
DATE:            November 27, 2017
PRESIDING JUDGE: Thomas J. McAvoy

☒ GOVERNMENT    ☐ DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID (Court Use Only) | DATE ADMITTED IN EVIDENCE (Court Use Only) | WITNESS (Court Use Only) | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 12 | | | | Video of RA from Justin's cell phone |
| 13 | | | | Video of RA from Justin's cell phone |
| 14 | | | | Video of RA from Justin's cell phone |
| 15 | | | | Image of RA from Justin's cell phone |
| 16 | | | | Image of RA from Justin's cell phone |
| 17 | | | | Image of RA from Justin's cell phone |
| 18 | | | | Image of RA from Justin's cell phone |
| 19 | | | | Image of RA from Justin's cell phone |
| 20 | | | | Image of RA from Justin's cell phone |
| 21 | | | | Image of RA from Justin's cell phone |
| 22 | | | | Image of RA from Justin's cell phone |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*UNITED STATES OF AMERICA v. JESSICA CRANDALL*

CASE NO.:   3:17-CR-63 (TJM)
DATE:   November 27, 2017
PRESIDING JUDGE:   Thomas J. McAvoy

☒  GOVERNMENT    ☐  DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID (Court Use Only) | DATE ADMITTED IN EVIDENCE (Court Use Only) | WITNESS (Court Use Only) | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 23 | | | | Image of RA from Justin's cell phone |
| 24 | | | | Image of RA from Justin's cell phone |
| 25 | | | | Image of RA from Justin's cell phone |
| 26 | | | | Image of RA from Justin's cell phone |
| 27 | | | | Texts BK & Justin from Justin's cell phone |
| 28 | | | | Texts Jessica & Justin from Jessica's cell phone |
| 29 | | | | Texts Jessica & Justin from Justin's cell phone |
| 30 | | | | Jessica interview |
| 31 | | | | Photo of RA |
| 32 | | | | Photo of RA |
| 33 | | | | Texts BK & Justin from Google |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*UNITED STATES OF AMERICA v. JESSICA CRANDALL*

CASE NO.: 3:17-CR-63 (TJM)
DATE: November 27, 2017
PRESIDING JUDGE: Thomas J. McAvoy

☒ GOVERNMENT  ☐ DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID (Court Use Only) | DATE ADMITTED IN EVIDENCE (Court Use Only) | WITNESS (Court Use Only) | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 34 | | | | Plea transcript Jessica Crandall |
| 35 | | | | Plea transcript Justin Crandall |
| 36 | | | | Photo Justin Crandall |
| 37 | | | | |
| 38 | | | | |
| 39 | | | | |
| 40 | | | | |

Exhibits returned to counsel.

Date: _____   Signature: _____